NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000247
18-APR-2012
09:29 AM

NO. CAAP-10-0000247

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Matter of THE TRUST
CREATED BY MAMORU AND AIKO TAKITANI dated July 1, 1976

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. T. NO. 08-1-0096)

ORDER APPROVING THE STIPULATION FOR DISMISSAL
WITH PREJUDICE AND REQUEST FOR APPROVAL OF DISMISSAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation for Dismiss With Prejudice and Request for Approval of Dismissal, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation for Dismiss With Prejudice and Request for Approval of Dismissal is approved, and this appeal is dismissed. The parties shall bear their own appellate fees and costs.

DATED: Honolulu, Hawai'i, April 18, 2012.

Presiding Judge

Associate Judge

Associate Judge